JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
JOSEPH ESZTERHAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ESZTERHAS,<br><br>Defendant. | Case No. 5:17-PO-00113-JLT<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>(Doc. 16) |

    The Defendant, JOSEPH ESZTERHAS, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its representative, Joshua Vann, hereby stipulate as follows:

1. The status hearing in this matter is currently set for December 5, 2017 at 9:00 a.m.

2. Counsel for Defendant, Mr. Thompson, was appointed after the Fed Defender Office declared a conflict. Mr. Thompson is unavailable for Dec. 5, 2017, and informed the Federal Defender Office (Fresno) of his unavailability. The Federal Defender Office requested Mr. Thompson take the case and obtain a continuance of the current status hearing. Mr. Thompson also needs to obtain discovery and speak to Mr. Eszterhas regarding any proposed disposition.

3. The defense is requesting that Mr. Eszterhas' status hearing be continued to March 6, 2018, at 9:00 a.m. Mr. Thompson has discussed this continuance with Mr. Vann. Both are

1

agreeable to a continuance

4. The United States has no objection to the requested continuance and the date selected. The parties agree that the time until the next status hearing be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: Nov. 28, 2017  By: /s/ Jared M. Thompson
Jared M. Thompson, Attorney for
Defendant, JOSEPH ESZTERHAS

DATED: Mar. 23, 2017  By: /s/ Joshua Vann
Attorney for Government

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to the above named defendant currently scheduled for Dec. 5, 2017, is continued until March 6, 2018, at 9:00 a.m. in Bakersfield before Magistrate Judge Jennifer L. Thurston. The time period between Dec. 5, 2017 and March 6, 2018 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 29, 2017**      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE