JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for
JOSEPH ESZTERHAS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ESZTERHAS,<br><br>Defendant | Case No.: 5:17-PO-113 JLT<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE**<br>**[FRCP 43(b)(2)]** |

### TO: THE ABOVE-ENTITLED COURT:

Pursuant to Federal Rules of Criminal Procedure Rule 43(b)(2), the undersigned defendant hereby waives his personal presence in the above-entitled case, and authorizes change of plea by his counsel in his absence.

Dated: June 4, 2018

JOSEPH ESZTERHAS
Defendant

Dated: June 4, 2018

JARED M. THOMPSON
Attorney for Defendant

IT IS SO ORDERED.

Dated: June 5, 2018

JENNIFER L. THURSTON
U.S. MAGISTRATE JUDGE

Rule 43 Waiver of Presence                                    Page | 1